UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| DIS VINTAGE, LLC.,          |                          |
|-----------------------------|--------------------------|
|                  Plaintiff, | **S U M M O N S**        |
| v.                          | Court No. 23-00033       |
| UNITED STATES,   Defendant. |                          |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: 5201              | Center (if known): CEE004        |
|-------------------------------------|----------------------------------|
| Protest Number: 5201-13-100229      | Date Protest Filed: 09/19/2013   |
| Importer: DIS VINTAGE, LLC.         | Date Protest Denied: 08/30/2022  |
| Category of Merchandise: Worn Clothing |                               |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|--------------|---------------|---------------------|--------------|---------------|---------------------|
| AFP12034442  | 08/17/2012    | 08/16/2013          |              |               |                     |
| AFP12038138  | 11/27/2012    | 08/16/2013          |              |               |                     |
| AFP12034939  | 09/11/2012    | 08/16/2013          |              |               |                     |
|              |               |                     |              |               |                     |

Peter S. Herrick PA
4324 Bayshore Blvd NE
St Petersburg FL 33703
727-244-1600
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| WORN CLOTHING | HTSUS Chapters 61 and 62 | Variou | 6309.00.0010 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
**CBP Claims The Merchandise At Issue Is Not Worn Clothing**

The issue which was common to all such denied protests:
**CBP Classified The Clothing As Though It Was New Clothing When In Fact It Was Worn Clothing**

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

02/09/2023

_Date_

## SCHEDULE OF PROTESTS

CEE004

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 5201-13-100320 | 11/22/2013 | 08/30/2022 | AFP13046866 | 08/23/2013 | 11/01/2013 | 5201 |
|  | 03/05/2014 | 08/30/2022 |  |  |  | 5201 |
|  |  |  |  | 05/21/2013 | 09/13/2013 |  |
| 5201-13-100083 | 11/22/2013 | 08/31/2022 | AFP13044309 |  |  | 5201 |
|  |  |  |  | 07/30/2013 | 10/11/2013 |  |
| 5201-13-100318 |  |  | AFP13046122 |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)